UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-6138-CR-ZLOCH

ORLANDO KEITH CHAFF,

    Petitioner,

vs.                                          O R D E R

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 501) filed herein by United States Magistrate Judge Lurana S. Snow. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Report And Recommendation (DE 501) filed herein by United States Magistrate Judge Lurana S. Snow be and the same is hereby approved, ratified, and adopted by the Court; and

    2. Petitioner's Motion Under Federal Rule Of Civil Procedure 60(b)(4) Void Judgment be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of August, 2008.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Parties and Counsel of Record